# Exhibit C

| | |
|---|---|
| **From:** | ice-foia@ice.dhs.gov |
| **To:** | FOIA General Mailbox |
| **Subject:** | ICE FOIA 2024-ICFO-46766 |
| **Date:** | Monday, July 22, 2024 12:56:23 PM |

07/22/2024

Kathrine Browne
509 Olive Way
Seattle, Washington 98101

RE:  ICE FOIA Case Number 2024-ICFO-46766

Dear Requester:

This acknowledges receipt of your 7/16/2024, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), for records of all FOIA litigation against the U.S. Immigration and Customs Enforcement (ICE) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims.
These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically,
HRDC requests the following records, provided in electronic native format where possible, and otherwise in electronic format:

1.    Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against the U.S. Immigration and Customs Enforcement
 (ICE) and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 10, 2014 to the present:
•    The name of all parties involved;
•    The case or claim number;
•    The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);
•    The date of resolution;
•    The amount of money involved in the resolution and to whom it was paid,

2.    For each case or claim detailed above:
•    The complaint or claim form and any amended versions;
•    The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.
.   Your request was received in this office on 7/16/2024.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Per Section 5.5(a) of the DHS FOIA
regulations, 6 C.F.R. Part 5, ICE processes FOIA requests according to their order of receipt. Although ICE's goal is to respond within 20 business days of receipt of your

request, the FOIA does permit a 10-day extension of this time period. As your request seeks numerous documents that will necessitate a thorough and wide-ranging search,
ICE will invoke a 10-day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you're able to narrow the scope of your request please contact our office.
Narrowing the scope may speed up the search process. We will make every effort to comply with your request in a timely manner.

Provisions of the FOIA allow us to recover part of the cost of complying with your request.  We shall charge you for records in accordance with the DHS Interim FOIA
regulations, as they apply to media requesters.  As a media requester, you will be charged 10 cents per page for duplication; the first 100 pages are free.  We will construe the
submission of your request as an agreement to pay up to $25.00. You will be contacted before any further fees are accrued.

We have queried the appropriate program offices within ICE for responsive records. If any responsive records are located, they will be reviewed for determination of
releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed
with your request.

If you have any questions, please contact FOIA Public Liaison, Daniel Edgington at 500 12th Street, SW, Washington DC 20536 or (866) 633-1182. Additionally, you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives and
Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Your request has been assigned reference number 2024-ICFO-46766. Please use this number in future correspondence.


Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009