# Exhibit D

| | |
|---|---|
| **From:** | ice-foia@ice.dhs.gov |
| **To:** | FOIA General Mailbox |
| **Subject:** | ICE FOIA Case Number 2024-ICFO-46766 |
| **Date:** | Monday, August 12, 2024 1:57:34 PM |

Kathrine Browne
509 Olive Way
Seattle, Washington 98101

RE:  ICE FOIA Case Number 2024-ICFO-46766

Dear Requester:

This letter is the final response to your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated 7/16/2024.  You have requested records of all FOIA litigation against the U.S. Immigration and Customs Enforcement (ICE) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, HRDC requests the following records, provided in electronic native format where possible, and otherwise in electronic format:

1.    Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against the U.S. Immigration and Customs Enforcement
 (ICE) and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 10, 2014 to the present:
•    The name of all parties involved;
•    The case or claim number;
•    The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);
•    The date of resolution;
•    The amount of money involved in the resolution and to whom it was paid,

2.    For each case or claim detailed above:
•    The complaint or claim form and any amended versions;
•    The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.
.

ICE has considered your request under both the FOIA, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a.  Information about an individual that is maintained in a Privacy Act system of records may be accessed by that individual unless the agency has exempted the system of records from the access provisions of the Privacy Act.

ICE has conducted a search of the ICE Office of the Principle Legal Advisor (OPLA) for records responsive to your request and no records responsive to your request were found.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

While an adequate search was conducted, you have the right to appeal this determination that no records exist within the above mentioned ICE office(s).  Should you wish to do so, you must send your appeal and a copy of the original response letter, within 90 days of the date of the letter following the procedures outlined in the DHS FOIA regulations at 6 C.F.R. Part 5 § 5.8.  You may submit your appeal electronically at GILDFOIAAppeals@ice.dhs.gov or via regular mail to:

>   U.S. Immigration and Customs Enforcement
>   Office of the Principal Legal Advisor
>   U.S. Department of Homeland Security
>   500 12th Street, S.W., Mail Stop 5900
>   Washington, D.C. 20536-5900

Your envelope and letter should be marked "FOIA Appeal."  Copies of the FOIA and DHS regulations are available at [www.dhs.gov/foia](www.dhs.gov/foia).

Provisions of FOIA allow DHS to charge for processing fees, up to $25, unless you seek a waiver of fees.  In this instance, because the cost is below the $25 minimum, there is no charge.

If you have any questions please contact FOIA Public Liaison Daniel Edgington at (866) 633-1182 or 500 12th St., SW Stop 5009 Washington, DC 20536-5009 and refer to your tracking number.  Additionally, you have a right to right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009