# Exhibit E



# Human Rights Defense Center

### DEDICATED TO PROTECTING HUMAN RIGHTS

August 29, 2024

U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
U.S. Department of Homeland Security
500 12th Street, S.W. Mail Stop 5900
Washington, D.C. 20536-5900

*Sent via mail with an emailed copy sent to* GILDFOIAAppeals@ice.dhs.gov
*Certified Mail: 7014 0150 0002 2919 3077*

**Re:    Appeal for FOIA File No. 2024-ICFO-46766**

To the FOIA Appeals Officer:

The Human Rights Defense Center (HRDC) submits this letter as an appeal to a response provided by the U.S. Immigration and Customs Enforcement (ICE) to FOIA File No. 2024-ICFO-46766. HRDC's original public record request follows this letter as Attachment A.

On July 16, 2024, HRDC submitted a FOIA Records Request with the following wording:

HRDC is seeking records of all FOIA litigation against the U.S. Immigration and Customs Enforcement (ICE) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, HRDC requests the following records, provided in electronic native format where possible, and otherwise in electronic format:

1. Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against the U.S. Immigration and Customs Enforcement (ICE) and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 10, 2014 to the present:
   - The name of all parties involved;
   - The case or claim number;
   - The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);
   - The date of resolution;

- The amount of money involved in the resolution and to whom it was paid,

2. For each case or claim detailed above:
   - The complaint or claim form and any amended versions;
   - The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

On August 12, 2024, The U.S. Immigration and Customs Enforcement (ICE) responded ICE has conducted a search of the ICE Office of the Principle Legal Advisor (OPLA) for records responsive to your request and no records responsive to your request were found.

HRDC appeals the adequacy of the agency's search, as ICE OPLA's District Court Litigation Division and Government Information Law Divisions both demonstrably possess records responsive to this request.

Please contact me via email, foia@humanrightsdefensecenter.org, should you require any additional information. Thank you for your time and attention in this matter.

Sincerely,

Tiffany Hollis
Paralegal/Public Records Manager
HUMAN RIGHTS DEFENSE CENTER