# Exhibit F

*Office of the Principal Legal Advisor*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536



September 25, 2024

Tiffany Hollis
P.O. Box 1151
Lake Worth, Florida 33460

**RE: 2024-ICAP-00305, 2024-ICFO-46766**

Dear Ms. Hollis:

    This is in response to your letter dated August 29, 2024, received on the same day, appealing the U.S. Immigration and Customs Enforcement's (ICE) Freedom of Information Act (FOIA) Office's response to your FOIA request dated July 16, 2024, seeking records of all FOIA litigation against ICE and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, HRDC requests the following records, provided in electronic native format where possible, and otherwise in electronic format:

1. Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against the U.S. Immigration and Customs Enforcement (ICE) and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 10, 2014, to the present:
   - The name of all parties involved;
   - The case or claim number;
   - The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);
   - The date of resolution;
   - The amount of money involved in the resolution and to whom it was paid,

2. For each case or claim detailed above:
   - The complaint or claim form and any amended versions;
   - The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

    By letter dated August 12, 2024, the ICE FOIA Office advised you that ICE has conducted a search of the ICE Office of the Principle Legal Advisor (OPLA) for records responsive to your request and no records responsive to your request were found. In your most recent correspondence, you appealed the adequacy of the search conducted by ICE.

Kathrine Browne
Page 2

With respect to the adequacy of ICE's search, after a complete review of the administrative record, ICE has determined that a new search or, modifications to the existing search, could be made. We are therefore remanding your appeal to the ICE FOIA Office for processing and re-tasking to the appropriate offices to obtain any responsive documents. The ICE FOIA Office will respond directly to you.

Should you have any questions regarding this appeal decision, please contact ICE at ice-foia@dhs.gov. In the subject line of the email please include the word "appeal," your appeal number, which is **2024-ICAP-00305**, and the FOIA case number, which is **2024-ICFO-46766**.

Sincerely,

/s/ *Vittorio de'Medici*

*for*  Sara Jazayeri
Chief
Government Information Law Division
ICE Office of the Principal Legal Advisor
U.S. Department of Homeland Security

cc:     The ICE FOIA Office