UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　Defendant. | Case No. 1:25-cv-1523-DLF |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 and Local Civil Rule 26.1, the undersigned, counsel of record for Plaintiff Human Rights Defense Center ("HRDC"), certifies that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of HRDC, which have any outstanding securities in the hands of the public:

**None.**

These representations are made in order that the judges of this Court may determine the need for recusal

Dated: May 23, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ James M. Slater*
　　　　　　　　　　　　　　　　　　　James M. Slater (DC Bar # 1044374)
　　　　　　　　　　　　　　　　　　　Slater Legal PLLC
　　　　　　　　　　　　　　　　　　　2296 Henderson Mill Rd. N.E. #116
　　　　　　　　　　　　　　　　　　　Atlanta, GA 30345
　　　　　　　　　　　　　　　　　　　james@slater.legal
　　　　　　　　　　　　　　　　　　　Tel. (404) 458-7283

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Human Rights Defense Center*