UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendant. | Civil Action No. 25-1523 (DLF) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Fithawi Berhane as counsel of record for the Defendant in the above-captioned case.

Dated: June 18, 2025
　　　　Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: 　　/s/ *Fithawi Berhane*
　　FITHAWI BERHANE
　　Assistant United States Attorney
　　601 D Street, NW
　　Washington, DC 20530
　　(202) 252-6653
　　Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*