UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 25-1523 (DLF) |

**CONSENT MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT**

On behalf of Defendant, the U.S. Immigration and Customs Enforcement, the undersigned counsel respectfully requests a fourteen-day extension, until July 2, 2025, to file a response to Plaintiff's Complaint. This is Defendant's first request of time in this matter. In support of this motion, the undersigned states that due to his many briefing and discovery obligations, in addition to overseeing cases assigned to him from other Assistant U.S. Attorneys departing from the U.S. Attorney's Office, he was unable to timely finalize a response to Plaintiff's Complaint, which is due on June 18, 2025. As a result, the undersigned requests an extension of time. Plaintiff, through counsel, has graciously consented to the relief sought in this motion. Accordingly, Defendant requests for an extension of the applicable until July 2, 2025.

Dated: June 18, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Fithawi Berhane*

- 2 -

FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*