UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　Defendant. | Civil Action No. 25-1523 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of the Defendant's Consent Motion to Extend Time to File a Response to Plaintiff's Complaint, and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that:

The Response to the Complaint in this matter is now due to be filed on July 2, 2025.

SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge