UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendant. | Civ. A. No. 25-1523 (DLF) |

**JOINT STATUS REPORT**

　　Defendant, Immigration and Customs Enforcement, and Plaintiff, Human Rights Defense Center, by and through undersigned counsel, hereby file this Joint Status Report.

　　The Court's Minute Order of July 7, 2025, ordered the parties to update the Court as to status of Plaintiff's FOIA request, including the anticipated number of documents responsive to the request and the anticipated date for release of the requested documents. At this time, however, Defendant takes the position that all responsive records have either already been released or are already publicly available. Therefore, Defendant does not intend to make any further releases. Plaintiff, however, takes the position that Defendant continues to improperly withhold records directly responsive to its FOIA request. Since the parties cannot resolve their disagreement through negotiations, they jointly ask that the Court enter the following briefing schedule:

　　Defendant's Motion for Summary Judgment due on September 19, 2025

　　Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due on October 31, 2025

　　Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply in Further Support of Summary Judgment due on December 5, 2025

Plaintiff's Reply in Further Support of Cross-Motion for Summary Judgment due on January 10, 2025

Dated: July 28, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ James M. Slater*
James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

By:      */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653

*Attorneys for Plaintiff Human Rights Defense Center*

*Attorneys for the United States of America*