UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>      Defendant. | Civ. A. No. 25-1523 (DLF) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO COMPLETE SUMMARY JUDGMENT BRIEFING**

By and through undersigned counsel, Defendant respectfully moves to extend the existing summary judgment deadlines by 45 days. Plaintiff, through counsel, consents to the relief sought in this motion. The good cause for this extension are below.

This week, the parties have come to an agreement that will narrow the issues that will be the subject of their summary judgment briefing in this case. The agreement, however, requires Defendant to perform certain actions, and Defendant will require additional time to do what it agreed to do during discussions with Plaintiff. Given these circumstances, the parties have agreed to extend the summary judgment deadlines by 45 days, with the new briefing schedule reflecting that:

    Defendant's Motion for Summary Judgment will be due on November 3, 2025;

    Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due on December 15, 2025;

    Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply in Further Support of Summary Judgment due on January 29, 2026; and

Plaintiff's Reply in Further Support of Cross-Motion for Summary Judgment due on March 12, 2026

Granting this motion will promote judicial efficiency and will assist the parties mutually agreeing to resolve matters which need not be the subject of unnecessary motions practice. As such, Defendant respectfully requests that the Court grant this motion and extend the summary judgment briefing deadlines by 45 days. A proposed order is attached.

Dated: September 19, 2025                     Respectfully submitted,

                                                  JEANINE FERRIS PIRRO
                                                  United States Attorney


By:      */s/ Fithawi Berhane*
        FITHAWI BERHANE
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-6653

*Attorneys for the United States of America*