UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendant. | Civ. A. No. 25-1523 (DLF) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion for an extension of time to complete summary judgment briefing, and the entire record herein, it is hereby

ORDERED that Defendant's Motion for Summary Judgment will be due on November 3, 2025; it is hereby

ORDERED that Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment will be due on December 15, 2025; it is hereby

ORDERED that Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply in Further Support of Summary Judgment will be due on January 29, 2026; and it is hereby

ORDERED that Plaintiff's Reply in Further Support of Cross-Motion for Summary Judgment will be due on March 12, 2026.

SO ORDERED.

Dated:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge