UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　Defendant. | Civ. A. No. 25-1523 (DLF) |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

　　　　Defendant, Immigration and Customs Enforcement, and Plaintiff, Human Rights Defense Center, by and through undersigned counsel, hereby file this Joint Motion to Modify the Court's Summary Judgment Briefing Schedule.

　　　　1.　　　The Court's Minute Order of July 26, 2025 set forth an initial briefing schedule on summary judgment motions.

　　　　2.　　　Thereafter, the parties reached an agreement with respect to certain aspects of Plaintiff's FOIA request, and Defendant filed a consent motion to modify the briefing schedule to allow for processing and production of responsive records to Plaintiff. [*See* ECF No. 9].

　　　　3.　　　The Court's Minute Order of September 21, 2025 granted Defendant's consent motion and modified the briefing schedule, to require Defendant to move for summary judgment by November 3, 2025.

　　　　4.　　　In the intervening time, there was a lapse of appropriations, which, pursuant to Judge Boasberg's Standing Order, stayed Defendant's deadline to move for summary judgment. According to that Standing Order, Defendant's new deadline to move for summary judgment is December 26, 2025.

1

5.      Because the Standing Order only resolves Defendant's obligations, not Plaintiff's, and because the lapse in appropriations affected Defendant's ability to process responsive records—which were only produced on December 9, 2025—the parties seek further modification of the summary judgment briefing schedule to allow Plaintiff to review the December 9 production and to ensure that there is no ambiguity or doubt in the briefing schedule based on the parties' understanding of Judge Boasberg's Standing Order.

6.      Accordingly, the parties jointly ask that the Court enter the following modfied briefing schedule:

- Defendant's Motion for Summary Judgment due on January 16, 2026
- Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due on February 16, 2026
- Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply in Further Support of Summary Judgment due on March 18, 2026
- Plaintiff's Reply in Further Support of Cross-Motion for Summary Judgment due on April 17, 2026

Dated: December 11, 2025

*/s/ James M. Slater*
James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

*Attorneys for Plaintiff*
*Human Rights Defense Center*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Fithawi Berhane (w/ express permission)*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel. (202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*