UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>       Plaintiff,<br><br>       v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>       Defendant. | Civ. A. No. 25-1523 (DLF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion to modify the summary judgment briefing schedule, and the entire record herein, it is hereby

ORDERED that Defendant's Motion for Summary Judgment will be due on January 16, 2026; it is hereby

ORDERED that Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment will be due on February 16, 2026; it is hereby

ORDERED that Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply in Further Support of Summary Judgment will be due on March 18, 2026; and it is hereby

ORDERED that Plaintiff's Reply in Further Support of Cross-Motion for Summary Judgment will be due on April 17, 2026.

SO ORDERED.

Dated:

_____
United States District Judge