UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

*Plaintiff,*

v.                                                    Civil Action No. 25-1523 (DLF)

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

*Defendant.*

### DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 56, Defendant, by and through the undersigned counsel, respectfully moves for dismissal of Plaintiff Human Rights Defense Council's Complaint, or for summary judgment. In support of this motion, Defendant respectfully refers the Court to the accompanying memorandum of law and declaration. A proposed order is submitted herewith.

Dated: January 16, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ /s/*Fithawi Berhane* _____
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*