UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>*Plaintiff,*<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Civil Action No. 25-1523 (DLF) |

**STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to Local Civil Rule 7(h), Defendant, by and through undersigned counsel, submits this Statement of Material Facts Not in Genuine Dispute in support of its Motion for Summary Judgment.

1. On July 14, 2025, Plaintiff submitted a FOIA Request to Defendant seeking:

   Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against the US. Immigration and Customs Enforcement (ICE) and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 10, 2014 to the present:

   • The name of all parties involved;
   • The case or claim number;
   • The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);
   • The date of resolution;
   • The amount of money involved in the resolution and to whom it was paid;

   For each case or claim detailed above:

   • The complaint or claim form and any amended versions;
   • The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

Pineiro Decl. ¶ 4.

2. On July 2, 2025, Defendant issued a response to the first part of Plaintiffs FOIA request, which included the production of a Microsoft Excel document (albeit in a PDF format) listing the information sought in the first part of the FOIA request. *Id.* ¶ 13.

3. The production on July 2, 2025, was released without any withholdings asserted. *Id*.

4. On September 25, 2025, Defendant made a release of records responsive to the second part of the FOIA request. *Id*. ¶ 14.

5. These records were also released without any withholdings. *Id*.

6. Defendant has provided a final response to Plaintiff's FOIA request. *Id*. ¶¶ 6-33.

Dated: January 16, 2026  
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

By:    */s/ Fithawi Berhane*  
FITHAWI BERHANE  
Assistant United States Attorney  
601 D Street NW  
Washington, DC 20530  
(202) 252-6653  
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*