# Exhibit A

| | |
|---|---|
| **From:** | James M. Slater |
| **To:** | Berhane, Fithawi (USADC) |
| **Cc:** | Stubbs, Ryan; ICEFOIALITIGATION; Jonathan Picard; Tiffany Hollis |
| **Subject:** | Re: [EXTERNAL] Re: 2025-ICLI-00060 Human Rights Defense Center v. ICE, Case 1:25-cv-1523 - June 2025 Production |
| **Date:** | Thursday, July 3, 2025 12:20:31 PM |

Isaac,

We fundamentally disagree with how you are reading this, and believe that the request, as drafted, allows ICE "to determine precisely what records are being requested." *Tax Analysts v. I.R.S.*, 117 F.3d 607, 610 (D.C. Cir. 1997). If ICE settled with a requester, then there is no verdict form, final judgment, or consent decree but necessarily a settlement agreement, and that is not going to be public. We do not read the request to mean that you can simply point to a notice or stipulation of dismissal and then avoid producing the actual document resolving the case as specifically identified on the request. If we cannot come to an agreement on this basic principle, then I think we'll just need to get a briefing schedule together for the Court for summary judgment on this issue.

My best,
James

**James Slater**

Slater Legal PLLC

slater.legal

Atlanta Office/Mailing Address

2296 Henderson Mill Rd. N.E. #116

Atlanta, GA 30345

Tel. (404) 458-7283

Tallahassee Office

113 S. Monroe Street

Tallahassee, FL 32301

On Thu, Jul 3, 2025 at 12:07 PM Berhane, Fithawi (USADC) <Fithawi.Berhane@usdoj.gov> wrote:

> Hi James,

I'm happy to get on a call if you feel that is necessary. However, the FOIA request does not request a copy of any settlement agreements. It seeks "[t]he verdict form, final judgment, settlement agreement, consent decree, **or** other paper that resolved the case." So, to reiterate, everything you're looking for in the FOIA request is already publicly available.

Bests,

Isaac

---

**From:** James M. Slater <james@slater.legal>
**Sent:** Thursday, July 3, 2025 12:02 PM
**To:** Berhane, Fithawi (USADC) <Fithawi.Berhane@usdoj.gov>
**Cc:** Stubbs, Ryan <░░░░░░░░░░░░░░░░░░░>; ICEFOIALITIGATION <░░░░░░░░░░░░░░░░░░░>; Jonathan Picard <jpicard@humanrightsdefensecenter.org>; Tiffany Hollis <thollis@humanrightsdefensecenter.org>
**Subject:** Re: [EXTERNAL] Re: 2025-ICLI-00060 Human Rights Defense Center v. ICE, Case 1:25-cv-1523 - June 2025 Production

Isaac,

We are not asking ICE to simply pull records from PACER. As we explain in the complaint, not all information pertaining to these payouts is publicly available. Thus to the extent that these payments referenced in the chart were made pursuant to a settlement agreement, my client is requesting a copy of such settlement agreements. Happy to discuss further.

James

**James Slater**

Slater Legal PLLC

slater.legal

Atlanta Office/Mailing Address

2296 Henderson Mill Rd. N.E. #116

Atlanta, GA 30345

Tel. (404) 458-7283

<u>Tallahassee Office</u>

113 S. Monroe Street

Tallahassee, FL 32301

On Thu, Jul 3, 2025 at 11:56 AM Berhane, Fithawi (USADC) <Fithawi.Berhane@usdoj.gov> wrote:

> Hello James,
>
> Based on my reading, Part 2 of the request does not seek "each associated complaint, verdict form, final judgment, and settlement agreement." Instead, Part 2 of the request states:
>
> 2.      For each case or claim detailed above:
>
> •      The complaint or claim form and any amended versions;
>
> •      The verdict form, final judgment, settlement agreement, consent decree, **or** other paper that resolved the case.
>
> In other words, the request seeks each complaint and each "paper that resolved the case". All of these documents are found on PACER for all cases that the agency provided, and therefore, they are all already publicly available. Unless you're taking the position that the FOIA requires agencies to produce records that are already posted online, it would seem that this case is moot.
>
> Bests,
>
> Isaac
>
> ---
>
> **From:** James M. Slater <james@slater.legal>
> **Sent:** Wednesday, July 2, 2025 11:38 AM
> **To:** Stubbs, Ryan <████████████████>
> **Cc:** Berhane, Fithawi (USADC) <Fithawi.Berhane@usdoj.gov>; ICEFOIALITIGATION

<███████████████████████>; Jonathan Picard <jpicard@humanrightsdefensecenter.org>; Tiffany Hollis <thollis@humanrightsdefensecenter.org>
**Subject:** [EXTERNAL] Re: 2025-ICLI-00060 Human Rights Defense Center v. ICE, Case 1:25-cv-1523 - June 2025 Production

Thank you.

My client's request also seeks, in part 2, each associated complaint, verdict form, final judgment, and settlement agreement. Although the letter notes that this is the final release, we do not agree that the spreadsheet exhausts my client's FOIA request. Please confirm that the agency will provide the remaining materials requested. I am happy to get on a phone call to discuss in more detail if needed.

James

**James Slater**

Slater Legal PLLC

slater.legal

Atlanta Office/Mailing Address

2296 Henderson Mill Rd. N.E. #116

Atlanta, GA 30345

Tel. (404) 458-7283

Tallahassee Office

113 S. Monroe Street

Tallahassee, FL 32301

On Wed, Jul 2, 2025 at 8:57 AM Stubbs, Ryan <███████████████████> wrote:

> Mr. Slater,

Please find the attached FOIA production for the above referenced case.

V/r,

Ryan Stubbs

Senior Attorney

Government Information Law Division

Office of the Principal Legal Advisor

U.S. Immigration and Customs Enforcement