UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>*Plaintiff,*<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Civil Action No. 25-1523 (DLF) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment and the entire record herein, it is hereby

ORDERED that Plaintiff's Complaint in this action is DISMISSED.

SO ORDERED:

_____                                        _____
Date                                                                                  United States District Judge