UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 25-cv-1523 (DLF) |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Human Rights Defense Center ("HRDC" or "Plaintiff") respectfully moves for summary judgment in its favor. In support of this motion, Plaintiff submits the attached memorandum of law, statement of material facts, declarations of Tiffany Hollis and James M. Slater, and exhibits thereto. Also, per LCvR 7(h)(1), attached is a proposed order.

Dated: February 9, 2026

                                                    Respectfully submitted,

                                                    */s/ James M. Slater*
                                                    James M. Slater (DC Bar # 1044374)
                                                    Slater Legal PLLC
                                                    2296 Henderson Mill Rd. N.E. #116
                                                    Atlanta, GA 30345
                                                    james@slater.legal
                                                    Tel. (404) 458-7283

                                                    *Attorneys for Plaintiff Human Rights Defense Center*