UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>      Defendant. | Case No. 25-cv-1523 (DLF) |

**EXHIBIT 3 TO DECLARATION OF TIFFANY HOLLIS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN CIVIL LIBERTIS UNION,
IMMIGRANTS' RIGHTS PROJECT,

        Plaintiff,

-v-

UNITED STATES CUSTOMS AND
IMMIGRATION ENFORCEMNT,

        Defendant.

19 Civ. 7058 (GBD)

**STIPULATION OF SETTLEMENT AND DISMISSAL**

---

WHEREAS, plaintiff American Civil Liberties Union, Immigrants' Rights Project ("Plaintiff") filed this suit in the United States District Court for the Southern District of New York pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking the release of certain records by defendant United States Customs and Immigration Enforcement ("ICE"); and

WHEREAS, following summary judgment practice, an appeal to the United States Court of Appeals for the Second Circuit, and subsequent negotiations, on August 7, 2023, ICE released certain records to Plaintiff;

IT IS HEREBY STIPULATED, AGREED, and ORDERED as follows:

1. The documents produced by ICE in this action fully resolve any and all claims that Plaintiff now has or may hereinafter acquire against ICE or the United States of America (the "United States"), or any department, agency, officer, or employee of ICE and/or the United States, related to or arising out of the FOIA request at issue in this action.

2. After the Court has approved and docketed this Stipulation and Order, Counsel for Plaintiff will provide the necessary information for ICE to effectuate payment. Within a reasonable

REL0000214511

period of time after Plaintiff's provision of necessary information to effectuate payment, ICE shall pay to Plaintiff via electronic funds transfer the sum of ONE-HUNDRED EIGHTY-SEVEN THOUSAND FIVE-HUNDRED DOLLARS ($187,500) in attorneys' fees and litigation costs, pursuant to 5 U.S.C. § 552(a)(4)(E), which sum Plaintiff agrees to accept in complete satisfaction of any and all claims by Plaintiff for attorneys' fees, expenses, costs, interest, and any other sums related to this litigation.

3. This action is hereby dismissed with prejudice, and without costs or fees other than as provided in paragraph 2 of this Stipulation and Order, provided that the Court shall retain jurisdiction for the purpose of enforcing this Stipulation and Order.

4. This Stipulation and Order shall not constitute an admission of liability or fault on the part of ICE or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

5. The parties understand and agree that this Stipulation and Order contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

2025-ICLI-00060  03788

REL0000214511

6. Any obligation of ICE to expend funds under this Stipulation and Order is subject to the availability of appropriations in accordance with the Anti-Deficiency Act, 31 U.S.C. § 1341. This Stipulation and Order shall not be construed to require the Government to obligate or pay funds in contravention of the Anti-Deficiency Act.

Dated: December 27, 2023  
      New York, New York

DAMIAN WILLIAMS  
United States Attorney

By:   */s/ Zachary Bannon*  
ZACHARY BANNON  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, New York 10007  
Tel.: (212) 637-2728  
Zachary.Bannon@usdoj.gov  
*Counsel for ICE*

Dated: January 16, 2024  
      New York, New York

By:   */s/ Noor Zafar*  
NOOR ZAFAR  
Staff Attorney, Immigrants' Right Project  
American Civil Liberties Union  
125 Broad Street, New York, NY 10004  
Tel. : (469) 301-5991  
nzafar@aclu.org  
*Counsel for Plaintiff*

SO ORDERED:   JAN 1 7 2024

_____  
HONORABLE GEORGE B. DANIELS  
UNITED STATES DISTRICT JUDGE

2025-ICLI-00060   03789

REL0000214511