UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>  Defendant. | Case No. 25-cv-1523 (DLF) |

**EXHIBIT 6 TO DECLARATION OF TIFFANY HOLLIS**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION )<br>OF MAINE FOUNDATION, AMERICAN )<br>CIVIL LIBERTIES UNION OF NEW )<br>HAMPSHIRE FOUNDATION, and )<br>AMERICAN CIVIL LIBERTIES UNION )<br>FOUNDATION OF VERMONT, )<br>          )<br>     Plaintiffs, )<br>          )<br>v.        )<br>          )<br>U.S. DEPARTMENT OF HOMELAND )<br>SECURITY, U.S. CUSTOMS AND )<br>BORDER PROTECTION, and U.S. )<br>IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT, )<br>          )<br>     Defendants. ) | Case No. 2:18-cv-00182-JDL |

## SETTLEMENT AGREEMENT AND RELEASE

The parties, by and through their undersigned counsel, hereby enter into this Settlement Agreement and Release ("Settlement Agreement"). The parties agree as follows:

1. Defendants shall pay Plaintiffs Twenty-Nine Thousand and Five Hundred dollars ($29,500) in full and complete satisfaction of Plaintiffs' claims for attorney's fees, costs, and litigation expenses under the Freedom of Information Act ("FOIA") in the above-captioned matter. This payment shall constitute full and final satisfaction of any and all of Plaintiffs' claims for attorney's fees, costs, and litigation expenses in the above-captioned matter, and is inclusive of any interest. Payment shall be due to Plaintiffs (90) days from the date of this Settlement Agreement. Notwithstanding the foregoing sentence, Defendants shall use best efforts to make payment within sixty (60) days of this Settlement Agreement.

Settlement Agreement and Release
*ACLU of Maine Foundations, et al. v.*
*U.S. Department of Homeland Security, et al.*, 2:18-cv-00182-JDL

2. Upon execution of this Settlement Agreement, Plaintiffs hereby release and forever discharge Defendants and their successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all past, present, or future claims for attorney's fees, costs, or litigation expenses in connection with the above-captioned litigation.

3. Concurrent with the execution of this Settlement Agreement, Plaintiffs' counsel shall seek the dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a) by filing a Stipulation of Dismissal with Prejudice.

4. This Settlement Agreement is not confidential. However, the parties acknowledge that this Settlement Agreement is entered into solely for the purpose of settling and compromising any remaining claims in this action without further litigation, and that the Settlement Agreement shall not be construed as evidence or as an admission regarding any issues of law or fact, or regarding the truth or validity of any allegation or claim raised in this action. The parties further acknowledge that this Settlement Agreement shall not be construed as evidence or as an admission by Defendants regarding Plaintiffs' entitlement to attorney's fees and other litigation costs under the FOIA, or as evidence or as an admission by Plaintiffs as to the full amount of such fees and costs for which it would otherwise be entitled in this action. The Settlement Agreement shall not be used as evidence to establish liability for fees, amounts, or hourly rates in any other case or proceeding.

5. This Settlement Agreement may be executed in counterparts on the parties' behalf by their attorneys of record, and is effective on the date by which the parties have executed

Settlement Agreement and Release
*ACLU of Maine Foundations, et al. v.*
*U.S. Department of Homeland Security, et al.*, 2:18-cv-00182-JDL

2025-ICLI-00060    03715

REL0000214494

this Settlement Agreement. Facsimiles and PDF versions of signatures shall constitute acceptable, binding signatures for purposes of this Settlement Agreement.

SO STIPULATED AND AGREED
THIS 8TH DAY OF DECEMBER 2020

HALSEY B. FRANK
United States Attorney

James D. Concannon
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME 04101
(207) 780-3257
James.Concannon@usdoj.gov

*Attorney for Defendants*

Emma E. Bond, Esq.
AMERICAN CIVIL LIBERTIES UNION OF MAINE
P.O. Box 7860
Portland, ME 04112
(207) 619-8687
ebond@aclumaine.org

*Attorney for Plaintiffs*

Settlement Agreement and Release
*ACLU of Maine Foundations, et al. v.*
*U.S. Department of Homeland Security, et al.*, 2:18-cv-00182-JDL