UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>   Defendant. | Case No. 25-cv-1523 (DLF) |

## [PROPOSED] ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

UPON CONSIDERATION of the parties' respective motions for summary judgment, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED and Defendant's Motion for Summary Judgment is DENIED.

SO ORDERED.

Dated:

_____
Dabney L. Friedrich
United States District Judge