UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br><br>       Defendant. | Case No. 25-cv-1523 (DLF) |

**EXHIBIT 1 TO DECLARATION OF TIFFANY HOLLIS**

| Case Name | Case number | Date filed | Status | Date completed | Settlement amount | Division | Column2 | Column3 | Column4 | Column5 | Column6 | Column7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACLU Foundation of MD v. ICE (18-cv-02257) | 18-cv-02257 (D. Md. filed 7/25/2018) | 7/25/2018 | Closed | 10/24/2019 | 5,000.00 | | | | | | | |
| ACLU Immigrants' Rights Project v. ICE (19-cv-07058) | 19-cv-07058(S.D.N.Y. filed 7/29/2019) | 7/29/2019 | Closed | 3/10/2021 | 187,000.00 | | | | | | | |
| ACLU of Arizona v ICE et al (18-cv-04821) | 18-cv-04821( filed 12/19/2018) | 12/19/2018 | Closed | 12/16/2020 | 2,500 | | | | | | | |
| ACLU of CO v. ICE (19-cv-01036) | 19-cv-01036(D. Colo. filed 4/9/2019) | 4/9/2019 | Closed | 3/19/2021 | 20,000.00 | OPR | | | | | | |
| ACLU of Maine v. DHS, et al. (2:18-cv-00182-JDL) | 18-cv-00182( filed 5/8/2018) | 5/8/2018 | Closed | 12/9/2020 | 10,565.00 | ERO | | | | | | |
| ACLU of Mass v. ICE (22-cv-10407) | 22-cv-10407(D. Mass. filed 3/16/2022) | 3/16/2022 | Closed | 9/19/2023 | 30,000 | | | | | | | |
| ACLU of Mass, et al. v ICE (21-cv-10761-NMG) | 21-cv-10761(D. Mass. filed 5/10/2021) | 5/10/2021 | Closed | 1/8/2024 | 25,000.00 | | | | | | | |
| ACLU of Mass. v. ICE (19-cv-10690) | 19-cv-10690(D. Mass. filed 4/10/2019) | 4/10/2019 | Closed | 11/3/2020 | $19,000 | | | | | | | |
| ACLU of N. CA v. ICE (18-cv-04105) | 18-cv-04105(N.D. Cal. filed 7/10/2018) | 7/10/2018 | Closed | 2/15/2022 | 55,000.00 | ERO/OAQ | 52,250.00 | ERO | 2,750.00 | OAQ | | |
| ACLU of Northern California v. ICE (18-cv-03050) | 18-cv-03050( filed 5/23/2018) | 5/23/2018 | Closed | 2/26/2019 | 8,597.68 | | | | | | | |
| ACLU of Northern California, et al. v. ICE, et al. (21-cv-02632-DMR) | 21-cv-02632(N.D. Cal. filed 4/14/2021) | 4/14/2021 | Closed | 10/4/2023 | 71,671.00 | ERO | | | | | | |
| ACLU of Oregon v. DHS and ICE (18-cv-247) | 18-18-cv-247(D. Or. filed 2/7/2018) | 2/7/2018 | Closed | 2/19/2021 | 35,000.00 | ERO | | | | | | |
| ACLU of PA v. ICE (20-cv-02363) | 20-cv-02363(E.D. Pa. filed 5/20/2020) | 5/20/2020 | Closed | 2/16/2023 | 71,671.00 | | | | | | | |
| ACLU of SoCal v. DHS (18-cv-08917) | 18-cv-08917(S.D. Cal. filed 10/16/2018) | 10/16/2018 | Closed | 4/2/2020 | 7,500.00 | | | | | | | |
| ACLU of SoCal v. DHS and ICE (19-cv-07774) | 19-cv-07774(C.D. Cal. filed 9/12/2019) | 9/12/2019 | Closed | 8/7/2020 | 3,850.00 | | | | | | | |
| ACLU v. CBP & ICE (19-cv-11311) | 19-cv-11311(S.D.N.Y. filed 12/11/2019) | 12/11/2019 | Closed | 8/31/2020 | 7,359.43 | HSI | | | | | | |
| ACLU v. CBP et al., (21-cv-10430-ER) | 21-cv-10430(S.D.N.Y. filed 12/7/2021) | 12/7/2021 | Closed | 8/15/2024 | 1,250.00 | HSI | | | | | | |
| ACLU v. DHS (15-cv-9020) | 15-15-cv-9020( filed , Nov. 17, 2015) | 11/17/2015 | Closed | 5/2/2019 | 12,000.00 | | | | | | | |
| ACLU v. DHS (17-cv-01004) | 17-17-cv-1004( filed 5/25/2017) | 5/25/2017 | Closed | 7/2/2021 | 10,341.00 | ERO | | | | | | |
| ACLU v. DHS (Abused Children) (15-cv-00247) | 15-15-247(D. Ariz. filed , Feb. 11, 2015) | 2/11/2015 | Closed | 6/9/2022 | 30,000.00 | ERO | | | | | | |
| ACLU v. ICE (18-cv-07449) | 18-cv-07449(N.D. Cal. filed 12/19/2018) | 12/19/2018 | Closed | 2/3/2020 | 12,500.00 | | | | | | | |
| ACLU, CGRS v. ICE (16-cv-06066) | 16-cv-06066(N.D. Cal. filed , Oct. 20, 2016) | 10/19/2016 | Closed | 1/19/2019 | 74,415.92 | | | | | | | |
| AIC v DHS (Access to Counsel) | 12-12-856(D.D.C. filed , May 31, 2012) | 5/31/2012 | Closed | 2/11/2014 | 35,000.00 | | | | | | | |
| AIC v. CBP & ICE (1:18-cv-01614) | 18-cv-01614(D.D.C. filed 7/9/2018) | 7/9/2018 | Closed | 2/4/2021 | 10,000.00 | ERO | | | | | | |
| AIC, et al. v. DHS, et al. | 14-cv-8403( filed , Oct. 21, 2014) | 10/21/2014 | Closed | 5/26/2017 | 16,800.00 | | | | | | | |
| Albaladejo v. ICE (19-cv-03806) | 19-cv-03806(D.D.C. filed 12/23/2019) | 12/23/2019 | Closed | 10/24/2022 | 85,000.00 | ERO | | | | | | |
| Albaladejo v. ICE (21-cv-01843-ABJ) | 21-cv-01843(D.D.C. filed 7/12/2021) | 7/12/2021 | Closed | 7/17/2023 | 12,000.00 | ERO/OPR | 1,440.00 | ERO | 10,560.00 | OPR | | |
| American Federation of Government Employees v. ICE (21-cv-21992-KMM) | 21-cv-21992(S.D. Fla. filed 5/27/2021) | 5/27/2021 | Closed | 5/8/2024 | 12,000.00 | ERO | | | | | | |
| American Immigration Council v. DHS et al. (20-cv-01196-TFH) | 20-cv-01196(D.D.C. filed 5/7/2020) | 5/7/2020 | Closed | 11/10/2022 | 29,890.40 | ERO | | | | | | |
| American Oversight v. DHS, et al. (21-cv-03030) | 21-cv-03030(D.D.C. filed 11/16/2021) | 11/16/2021 | Closed | 10/17/2024 | 8,500.00 | ERO | | | | | | |
| Asian Americans Advancing Justice v. ICE (19-cv-02091) | 19-cv-02091(N.D. Cal. filed 4/17/2019) | 4/17/2019 | Closed | 1/17/2020 | 8,750.00 | | | | | | | |
| Asian Law Caucus v. ICE | 13-cv-1593 | | Closed | 7/14/2015 | 26,000.00 | | | | | | | |
| Asian Law Caucus v. ICE (17-cv-04388) | 17-cv-04388(N.D. Cal. filed 8/2/2017) | 8/2/2017 | Closed | 2/26/2019 | 50,000.00 | | | | | | | |
| Asian Pacific Islander Outreach, et al v. ICE (17-cv-4969) | 17-cv-04969( filed 8/28/2017) | 8/28/2017 | Closed | 11/26/2019 | 42,156.98 | | | | | | | |
| Brennan Center for Justice v DHS | 16-cv-1609 D.D.C | | Closed | 4/30/2019 | 10,765.00 | | | | | | | |
| Brennan Center for Justice v. ICE (21-cv-02443-JSR) | 21-cv-02443(S.D.N.Y. filed 3/19/2021) | 3/19/2021 | Closed | 2/28/2024 | 80,000.00 | HSI | | | | | | |
| Campaign Legal Center v. ICE (18-cv-00824-RC) | 18-cv-00824(D.D.C. filed 4/12/2018) | 4/12/2018 | Closed | 4/15/2019 | 5,400.00 | | | | | | | |
| Campaign Legal Center v. ICE (19-cv-01020) | 19-cv-01020(D.D.C. filed 4/12/2019) | 4/12/2019 | Closed | 10/24/2019 | 4,000.00 | | | | | | | |
| Campbell v. DHS (17-CV-03061-DGC) | 17-CV-03061-DGC | 9/7/2017 | Closed | 5/15/2018 | 5,000.00 | | | | | | | |
| CASA v. ICE (22-cv-01656-JMC) | 22-cv-01656(D.D.C. filed 6/10/2022) | 6/10/2022 | Closed | 10/11/2024 | 9,000.00 | Office of the Director | | | | | | |
| Center for Immigration Studies v. ICE | 24-cv-0119 | 1/12/2024 | Closed | 8/12/2024 | 1,670.00 | ERO | | | | | | |
| Center for Immigration Studies v. ICE | 14-cv-1227 | | | 4/26/2024 | 10/4/2024 | 2,000.00 | ERO | | | | | |
| Center for Immigration Studies v. ICE (19-cv-00605) | 19-cv-00605(D.D.C. filed 3/5/2019) | 3/5/2019 | Closed | 10/24/2019 | 1,550.00 | | | | | | | |
| Center for Immigration Studies v. ICE (19-cv-02018) | 19-cv-02018(D.D.C. filed 7/8/2019) | 7/8/2019 | Closed | 1/20/2020 | 1,900.00 | | | | | | | |
| Center for Immigration Studies v. ICE (21-cv-01761-APM) | 21-cv-01761(D.D.C. filed 7/1/2021) | 7/1/2021 | Closed | 3/10/2023 | 7,000.00 | HSI | | | | | | |
| Center for Immigration Studies v. ICE (22-cv-00251) | 22-cv-00251(D.D.C. filed 2/1/2022) | 2/1/2022 | Closed | 8/26/2022 | 2,000.00 | ERO | | | | | | |
| Center for Immigration Studies v. ICE (22-cv-00566-JMC) | 22-cv-00566(D.D.C. filed 3/8/2022) | 3/8/2022 | Closed | 8/26/2022 | 2,000.00 | ERO | | | | | | |
| Center for Immigration Studies v. US Immigration and Customs Enforcement (21-cv-01439) | 21-cv-01439(D.D.C. filed 5/26/2021) | 5/26/2021 | Closed | 3/17/2022 | 3,500.00 | ERO | | | | | | |
| Center for Investigative Reporting v. DHS (21-cv-09633) | 21-cv-09633(N.D. Cal. filed 12/14/2021) | 12/14/2021 | Closed | 5/18/2023 | 8,500.00 | HSI | | | | | | |
| Center for Investigative Reporting v. DHS (4:18-cv-07211-DMR) | 18-cv-07211 | | Closed | 2/24/2020 | $7,250 | | | | | | | |
| Centro De Trabajadores Unidos (CTU) v. ICE (20-cv-02300) | 20-cv-02300(N.D. Ill. filed 5/13/2020) | 5/13/2020 | Closed | 3/15/2024 | 7,803.90 | | | | | | | |
| Children's Advocacy Institute v. Office of Refugee Resettlement et al. (19-cv-00462) | 19-cv-00462 | | Closed | 8/18/2020 | 18,159 | | | | | | | |
| Civil Rights Education and Enforcement Center v. US DHS et al (1:18-cv-00302) | 18-cv-00302 (D. Colo. Filed 2/9/2018) | 2/9/2018 | Closed | 11/9/2021 | 201,563.75 | ERO/OAQ/OPR | 100,781.88 | ERO | 70,547.31 | OAQ | 30,234.56 | OPR |
| CLSEPA/NIPNLG v. DHS/ICE (3:18-cv-03359) | 18-cv-03359(N.D. Cal. filed 6/7/2018) | 6/7/2018 | Closed | 1/21/2021 | 16,350.10 | OPLA | | | | | | |
| Communidad Colectiva v. U.S. Immigration and Customs Enforcement (20-cv-01256-EGS) | 20-cv-01256(D.D.C. filed 5/13/2020) | 5/13/2020 | Closed | 8/12/2022 | 10,500.00 | ERO | | | | | | |
| CREW, et al. v. U.S. ICE (20-cv-03120-CKK) | 20-cv-03120(D.D.C. Filed 10/29/2020) | 10/29/2020 | Closed | 10/23/2024 | 12,000.00 | ERO | | | | | | |
| Detention Watch Network et al v. U.S. Immigration and Customs Enforcement et al. | 14-583( filed , Jan. 30, 2014) | 1/30/2014 | Closed | 3/5/2018 | 247,500.00 | | | | | | | |
| Diocesan Migrant & Refugee Services, Inc. v. ICE (19-cv-00236) | 19-cv-00236(W.D. Tex. filed 8/23/2019) | 8/23/2019 | Closed | 7/6/2021 | 52,369.50 | ERO | | | | | | |
| Documented v. U.S. Immigration and Customs Enforcement (21-cv-00167) | 21-cv-00167( filed 1/19/2021) | 1/19/2021 | Closed | 9/22/2022 | 4,900.00 | ERO | | | | | | |
| Dolores Street Community Services et al. v. DHS, 3:15-cv-00786 (N.D. Cal. 2/20/15) | 15-15-0786(N.D. Cal. filed , Feb. 20, 2015) | 2/20/2015 | Closed | 3/5/2018 | 360,000.00 | | | | | | | |
| EGV v. ICE (22-cv-00407) | 22-cv-00407(S.D. Cal. filed 3/28/2022) | 3/28/2022 | Closed | 10/30/2024 | 8,000 | | | | | | | |
| Electronic Frontier Foundation v. DHS (19-cv-07431) | 19-cv-07431 | | Closed | 1/6/2023 | 12,180 | | | | | | | |
| Electronic Privacy Information Center (EPIC) v. DHS (18-cv-00043) | 18-18-cv-43( filed 1/10/2018) | 1/10/2018 | Closed | 8/29/2018 | 4,000.00 | DHS | | | | | | |
| EPIC v. ICE (17-cv-02684) | 17-cv-02684 ( filed 12/15/2017) | 12/15/2017 | Closed | 2/3/2020 | 15,500.00 | | | | | | | |
| EPIC v. ICE (18-cv-00797) | 18-cv-00797(D.D.C. filed 4/9/2018) | 4/9/2018 | Closed | 6/23/2020 | 10,000.00 | HSI | | | | | | |
| FAIR v. ICE (18-cv-00638-CKK) | 18-cv-00638(D.D.C. filed 3/23/2018) | 3/23/2018 | Closed | 1/26/2021 | 3,500.00 | HSI | | | | | | |
| FAIR v. ICE (19-cv-03113) | 19-cv-03113(D.D.C. filed 10/18/2019) | 10/18/2019 | Closed | 3/17/2021 | 4,000.00 | ERO | | | | | | |
| First Look Institute, Inc, et al. v. ICE (21-cv-07052) | 21-cv-07052(S.D.N.Y. filed 8/20/2021) | 8/20/2021 | Closed | 7/7/2022 | 7,500.00 | ERO | | | | | | |
| First Look Media Works v. DHS (16-16-2165) | 16-16-02165( filed 10/31/2016) | 10/31/2016 | Closed | 7/20/2018 | 30,400.00 | HSI | | | | | | |
| Fouche v. U.S. Immigration and Customs Enforcement, et al. (20-cv-02384-RBW) | 20-cv-02384(D.D.C. filed 8/26/2020) | 8/28/2020 | Closed | 8/11/2021 | 5,500.00 | ERO | | | | | | |
| Gahagan v. CBP, DOS, ICE 14-2619 | 14-2619 | | Closed | 8/1/2016 | 34,006.25 | | | | | | | |
| Gahagan v. USCIS (15-cv-06218) | 15-cv-06218 | | Closed | 6/3/2016 | 25812.87 | | | | | | | |
| Gilman v. ICE | 15-cv-01248(filed , Dec. 29, 2015) | 12/29/2015 | Closed | 12/14/2016 | 7,000.00 | | | | | | | |
| Gluckman v. DHS | 15-cv-213( filed , Apr. 08, 2015) | 4/8/2015 | Closed | 10/13/2015 | 4,800.00 | | | | | | | |
| Gonzales & Gonzales Bonds v. DHS | 11-11-02267( filed , May 09, 2011) | 5/9/2011 | Closed | 5/5/2016 | 65,000.00 | | | | | | | |
| Government Accountability Project v. ICE (18-cv-1364) | 18-cv-1364(D.D.C. filed 6/12/2018) | 6/12/2018 | Closed | 8/4/2020 | 12,000 | | | | | | | |
| Grassroots Leadership v. DHS et al. (19-cv-00872) | 19-cv-00872(W.D. Tex. filed 9/9/2019) | 9/9/2019 | Closed | 10/16/2020 | 4,900.00 | OAQ | | | | | | |
| Hamdan et al. v. DOJ, et al. | 10-6149( filed 10/14/2010) | 10/14/2010 | Closed | 9/27/2018 | 175,000.00 | | | | | | | |
| Harvard Immigration Clinic v. DHS et. al. (21-cv-10486) | 21-cv-10486(D. Mass. filed 3/22/2021) | 3/22/2021 | Closed | 9/12/2024 | 11,000.00 | OPLA | | | | | | |
| Hassan v. ICE (1:21-cv-00877) | 1:21-cv-00877 (Filed 3/31/2021) | 3/31/2021 | closed | 7/19/2023 | 7,350.00 | OFTP | | | | | | |
| Heang v. US ICE | 16-3:16-cv-06(N.D. Cal. filed 1/1/1/2016) | 11/1/2016 | Closed | 11/7/2017 | 13,000 | | | | | | | |
| Human Rights Defense Center v. DHS & ICE (18-cv-01141) | 18-cv-01141(W.D. Wash. filed 8/7/2018) | 8/7/2018 | Closed | 5/27/2021 | 52,000.00 | HSI | | | | | | |
| Human Rights Watch v. ICE (20-cv-1001) | 20-cv-1001 (filed 4/16/2020) | 4/16/2020 | Closed | 12/8/2021 | 18,000.00 | OFA | | | | | | |
| Immigrant Def. Project v. DHS, (20-cv-10625) | 20-cv-10625(S.D.N.Y. filed 12/16/2020) | 12/16/2020 | Closed | 4/4/2024 | 87,305.35 | ERO/HSI | 61,113.75 | ERO | 26,191.60 | HSI | | |
| Immigrant Defenders Law Center v. ICE (19-cv-02058) | 19-cv-02058( filed 3/20/2019) | 3/20/2019 | Closed | 7/27/2020 | 15,000 | | | | | | | |
| Immigrant Defense Project et al v. ICE et al. (14-cv-06117) | 14-cv-0611( filed , Aug. 04, 2014) | 8/4/2014 | Closed | 1/29/2019 | 100,000.00 | | | | | | | |
| Immigrant Legal Defense v. ICE | 23-cv-06348 (S.D.Cal filed 12/8/2023) | 12/8/2023 | Closed | 2/13/2025 | 5,000.00 | | | | | | | |
| Immigrants Advocates Response Collaborative v. DHS (21-cv-01235) | 21-cv-01235(N.D.N.Y filed 11/16/2021) | 11/16/2021 | Closed | 1/25/2023 | 3,481.08 | | | | | | | |
| Innovation Law Lab v. ICE (22-cv-00443) | 22-cv-00443(D.N.M. filed 6/13/2022) | 6/13/2022 | Closed | 7/18/2024 | 31,500.00 | | | | | | | |
| Justice & Diversity Center of the Bar Association of San Francisco v. DHS et al. (19-cv-04533) | 19-cv-04533( filed 8/2/2019) | 8/2/2019 | Closed | 1/11/2022 | 7,776.00 | ERO/OPLA | 5,520.96 | ERO | 2,255.04 | OPLA | | |
| Justice & Diversity Center v. DHS, No. 20-05208 (N.D. Cal. filed July 29, 2020) | 20-20-05208(N.D. Cal. filed 7/29/2020) | 7/29/2020 | Closed | 4/21/2022 | 20,000.00 | ERO/OAQ | 3,200.00 | ERO | 16,800.00 | OAQ | | |
| Justice Action Center v. DHS, et al. (20-cv-06982) | 20-cv-06982( filed 8/3/2020) | 8/3/2020 | Closed | 12/12/2024 | 40,000.00 | OPLA | | | | | | |
| Latino Justice and NY Immigration Coalition v. DHS (19-cv-03438) | 19-cv-03438(S.D.N.Y. filed 4/18/2019) | 4/18/2019 | Closed | 12/22/2021 | 67,500.00 | Front Office/OPLA | 39,807.69 | Front Office | 27,692.31 | OPLA | | |
| Legal Aid Justice Center v. ICE (19-cv-201) | 19-cv-201(E. D. Va. filed 2/22/2019) | 2/22/2019 | Closed | 7/3/2019 | 1,400.00 | | | | | | | |
| Leopold v. NSA, et al. (15-5-0999) | 15-15-0999( filed 6/24/2015) | 6/24/2015 | Closed | 11/17/2023 | 1,741.00 | HSI | | | | | | |
| Llamas et al. v. ICE (19-cv-01916) | 19-cv-01916 | | Closed | 1/21/2021 | 3775 | | | | | | | |
| Make the Road New York et al. v. DHS et al. (19-cv-04607) | 19-cv-04607(E.D.N.Y filed 8/9/2019) | 8/9/2019 | Closed | 5/17/2022 | 4,570.21 | ERO | | | | | | |
| Maria Mora-Villalpando v. ICE (18-cv-655-MAT) | 18-cv-655(W.D. Wash. filed 5/7/2018) | 5/7/2018 | Closed | 5/6/2021 | 11,500.00 | ERO/OPA | 5,750.00 | ERO | 5,750.00 | OPA | | |
| Martinez v. DHS et al. (21-cv-00341-JEB) | 21-cv-00341(D.C.C filed 2/8/2021) | 2/8/2021 | Closed | 1/8/2025 | 14,500.00 | ERO | | | | | | |
| Migrant Justice v. ICE/DHS/CBP (2:17-cv-00197) | 17-2:17-cv-00(D. Vt. filed 10/11/2017) | 10/11/2017 | Closed | 11/21/2022 | 45,000.00 | ERO | | | | | | |
| Muniz v. DHS (20-cv-07153) | 20-cv-07153(C.D. Cal. filed 8/13/2020) | 8/13/2020 | Closed | 7/29/2021 | 2,500.00 | ERO | | | | | | |
| Muniz v. ICE (18-cv-01286) | 18-cv-01286(C.D. Cal. filed 2/6/2018) | 2/16/2018 | Closed | 6/27/2018 | 3,415.24 | | | | | | | |
| Muslim Advocates v. DOJ & ICE (19-cv-01967) | 18-cv-01967(D.D.C. filed 8/23/2018) | 8/23/2018 | Closed | 6/15/2020 | 5,250.00 | HSI | | | | | | |
| Nafkha v. ICE (22-cv-01102-JEB) | 22-cv-01102(D.D.C. filed 4/22/2022) | 4/22/2022 | Closed | 4/15/2024 | 25,531.28 | ERO | | | | | | |
| National Immigration Litigation Alliance v. ICE (22-cv-11331-IT) | 22-cv-11331(D. Mass. filed 8/17/2022) | 8/17/2022 | Closed | 9/14/2023 | 8,000.00 | M&A | | | | | | |
| National Immigration Project of the National Lawyers Guild v. DHS | 15-15-11583( filed , Apr. 13, 2015) | 4/13/2015 | Closed | 8/5/2017 | 50,000.00 | | | | | | | |
| Negrete v. ICE et al. (19-cv-02447) | 19-cv-02447(N.D. Tex. filed 10/16/2019) | 10/16/2019 | Closed | 11/3/2020 | 6,000.00 | ERO | | | | | | |
| New Mexico Immigrant Law Center v. ICE (22-cv-00017) | 22-cv-00017(D.N.M. filed 1/7/2022) | 1/7/2022 | Closed | 2/3/2023 | 17,000.00 | ERO | | | | | | |
| New York Legal Assistance Group v. DHS, et al.(22-cv-05928) | 22-cv-05928( filed 7/12/2022) | 7/12/2022 | Closed | 1/8/2025 | 48,705.88 | | 31,658.82 | HSI | 17,047.06 | OES | | |
| NIJC v. DHS (IGSAs) | 12-cv-5358( filed , July 28, 2012) | 7/28/2012 | Closed | 8/13/2015 | 100,000.00 | | | | | | | |
| NIJC v. DHS/ICE (1:18-cv-04247) | 18-cv-04247(N.D. Ill. filed 6/19/2018) | 6/19/2018 | Closed | 2/25/2022 | 24,701.31 | ERO/OAQ | 19,514.03 | ERO | 5,187.27 | OAQ | | |
| NIJC v. ICE (16-cv-204) | 16-16-cv-204( filed 2/5/2016) | 2/5/2016 | Closed | 1/15/2021 | 33,000.00 | ERO | | | | | | |
| NIJC v. ICE (18-cv-04244) | 18-cv-04244(N.D. Ill. filed 6/19/2018) | 6/19/2018 | Closed | 2/25/2022 | 24,701.31 | ERO/OAQ | 19,514.03 | ERO | 5,187.27 | OAQ | | |
| NILC v. DHS, ICE | 12-cv-4825(N.D. ILL) | | Closed | 8/9/2016 | 35,000.00 | | | | | | | |
| NIP v DHS, 1:15-cv-11583 | 15-cv-11583 | | Closed | 7/11/2017 | 50,000.00 | | | | | | | |
| NIPNLG v. DHS et al, No. 11-3235 | 11-cv-3235 | | Closed | 6/19/2015 | 50,000.00 | | | | | | | |
| NOWCRJ v. ICE (15-cv-431) | 15-cv-431( filed , Mar. 25, 2015) | 3/25/2015 | Closed | 9/2/2020 | 106,400.00 | | | | | | | |
| Palacios-Benitez v. USCIS, et al. (21-cv-01155-RMG) | 21-cv-01155(D.S.C. filed 8/9/2021) | 8/9/2021 | Closed | 5/18/2022 | 13,109.69 | | | | | | | |
| Parker v. ICE (15-cv-1253) | 15-15-cv-1253( filed , Aug. 04, 2015) | 8/4/2015 | Closed | 4/30/2018 | 1,000.00 | | | | | | | |
| Prison Legal News v. ICE | 14-cv-479(W.D. Wash. filed , Apr. 02, 2014) | 4/2/2014 | Closed | 9/9/2015 | 67,500.00 | | | | | | | |
| Pro Publica v. DHS (19-cv-05222) | 19-cv-05222(S.D.N.Y. filed 6/4/2019) | 6/4/2019 | Closed | 2/3/2020 | 1,000.00 | | | | | | | |
| Project South et al. v. ICE et al. (19-cv-00895) | 19-cv-00895(D.D.C. filed 3/29/2019) | 3/29/2019 | Closed | 12/13/2021 | 13,000 | | | | | | | |
| Smith v. ICE | 16-cv-02137 (D.Colorado | | Closed | 8/3/2020 | 142,500.00 | | | | | | | |
| Solar v. ICE (23-cv-00405-MTL) | 23-cv-00405(D. Ariz. filed 3/8/2023) | 3/8/2023 | Closed | 6/11/2024 | 12,000.00 | ERO | | | | | | |
| Southern Poverty Law Center v. DHS (16-cv-02871) | 16-cv-02871(S.D. Fla. filed 8/9/2016) | 8/9/2016 | Closed | 3/10/2020 | 192,870.71 | ERO/M&A | 159,870.71 | ERO | 33,000.00 | M&A | | |
| Southern Poverty Law Center v. DHS (18-cv-01725) | 18-cv-01725(D.D.C. filed 7/25/2018) | 7/25/2018 | Closed | 7/8/2024 | 192,870.71 | | | | | | | |
| The Center for Investigative Reporting v. DHS (4:18-cv-07211-DMR) | 18-cv-07211(N. D. Cal filed 5/9/2018) | 5/9/2018 | Closed | 2/24/2020 | 7,250 | | | | | | | |
| Tigay v. ICE (20-cv-00032-JEB) | 20-cv-00032(D.D.C. filed 1/8/2020) | 1/8/2020 | Closed | 8/7/2020 | 1,767.00 | HSI | | | | | | |
| Tobias v. DHS, et al. (20-cv-110-DLF) | 20-cv-110(D.D.C. filed 1/21/2020) | 1/21/2020 | Closed | 5/30/2023 | 2,775.00 | HSI | | | | | | |
| Trujillo Diaz v. US ICE (21-cv-00733) | 21-cv-00733(S.D. Ohio filed 11/23/2021) | 11/23/2021 | Closed | 1/13/2023 | 2,500.00 | HSI | | | | | | |
| Tushnet v. ICE | 15-15-cv-0907( filed , June 12, 2015) | 6/12/2015 | Closed | 11/1/2017 | 63,000.00 | HSI | | | | | | |
| UCI Law and Just Future v. ICE (20-cv-1188) | 20-cv-1188 filed 7/6/2020) | 7/6/2020 | Closed | 5/15/2024 | 29,265.50 | HSI | | | | | | |
| University of Washington, et al. v. DHS, et al. (18-cv-1396) | 18-cv-01396(W.D. Wash. filed 9/24/2018) | 9/24/2018 | Closed | 12/3/2021 | 10,000.00 | ERO | | | | | | |
| University of Washington, et al. v. DHS, et al. (22-cv-01329) | 22-cv-01329(W.D. Wash. filed 9/20/2022) | 9/20/2022 | Closed | 9/18/2024 | 80,000.00 | | 62,400.00 | OAQ | 17,600.00 | OAQ | | |
| Vargas v. DHS (20-cv-05464) | 20-cv-05464(N.D. Ill. filed 9/15/2020) | 9/15/2020 | Closed | 2/9/2022 | 9,000.00 | ERO | | | | | | |
| Vargas v. ICE (22-cv-00287-JWH-SP) | 22-cv-00287(C.D. Cal. filed 2/16/2022) | 2/16/2022 | Closed | 11/28/2022 | 19,000.00 | ERO | | | | | | |
| Vazquez Carillo v. DHS (20-cv-05468) | 20-cv-05468(N.D. Ill. filed 9/15/2020) | 9/15/2020 | Closed | 2/9/2022 | 9,000.00 | ERO | | | | | | |
| Walia v. Kelly, Secretary of DHS (Privacy Act) | 11-2512( filed 5/25/2011) | 5/25/2011 | Closed | 5/3/2018 | 60,000.00 | | | | | | | |
| WeCount! v. ICE | 11-00143 | | Closed | 10/8/2014 | 20,000.00 | | | | | | | |
| WyoSayNo, et al. v. DHS, et al. (21-cv-05663) | 21-cv-05663(S.D.N.Y. filed 6/30/2021) | 6/30/2021 | Closed | 11/29/2021 | 21,500 | | | | | | | |