UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendant. | Case No. 25-cv-1523 (DLF) |

**EXHIBIT 2 TO DECLARATION OF TIFFANY HOLLIS**

*Office of Information Governance and Privacy*

**U.S. Department of Homeland Security**
500 12th St., SW
Washington, D.C. 20536



November 25, 2025

James Slater
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
(404) 458-7283

**RE: <u>Human Rights Defense Center v. ICE, Case 1:25-cv-1523</u>**
   **ICE FOIA Case Number 2025-ICLI-00060**
   **Final Response**

Dear Mr. Slater:

This is ICE's final response to your client's Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE) dated July 22, 2024, which is now the subject of the above litigation. Your client's request was originally assigned request number 2024-ICFO-46766. In the FOIA request they were seeking the following records, provided in electronic native format where possible, and otherwise in electronic format:

1. Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against the U.S. Immigration and Customs Enforcement (ICE) and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 10, 2014 to the present:

• The name of all parties involved;
• The case or claim number;
• The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);
• The date of resolution;
• The amount of money involved in the resolution and to whom it was paid,

2. For each case or claim detailed above:
• The complaint or claim form and any amended versions;
• The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

ICE has considered your request under the FOIA, 5 U.S.C. § 552, and processed 3833 pages of potentially responsive documents. ICE has determined that 3833 pages will be released in full. The pages are Bates stamped 2025-ICLI-00060 00002 through 2025-ICLI-00060 03834.

www.ice.gov

Page **2** of **2**

If you have any questions about this letter, please contact Assistant U.S. Attorney Fithawi Berhane at Fithawi.Berhane@usdoj.gov.

                                          Sincerely,

                                          Marcus Francis
                                          Supervisory Paralegal Specialist

Enclosure(s): 3833 pages
cc: Fithawi Berhane