UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 25-cv-1523 (DLF) |

**EXHIBIT 4 TO DECLARATION OF TIFFANY HOLLIS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

    Defendants.

15 Civ. 9020 (RWS)

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**




WHEREAS, on November 17, 2015, plaintiff the American Civil Liberties Union Foundation ("ACLU") filed a complaint pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking to compel defendants the Department of Homeland Security, United States Customs and Border Protection, United States Citizenship and Immigration Services, the Department of Health and Human Services, and the Office of Refugee Resettlement (collectively, "Defendants" or the "Government") to disclose documents in response to FOIA requests that the ACLU submitted to the Defendants;

WHEREAS, the ACLU has made a claim for attorney's fees and litigation costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

WHEREAS, the ACLU and the Government wish to avoid any further litigation and controversy and to settle and compromise fully any and all claims and issues that have been raised, or could have been raised in this action, which have transpired prior to the execution of this Stipulation and Order ("Stipulation");

NOW, THEREFORE, the parties stipulate and agree as follows:

2025-ICLI-00060    03550

REL0000214428

1. As soon as reasonably practicable after the Court has approved and docketed this Stipulation, the Government shall pay to the ACLU the sum of ninety thousand dollars ($90,000.00) for attorney's fees and litigation costs. This payment shall constitute full and final satisfaction of any and all claims by the ACLU for attorney's fees and litigation costs in the above-captioned matter, and is inclusive of any interest. Payment shall be made by electronic funds transfer, and counsel for the ACLU will provide the necessary information for the Government to effectuate the transfer.

2. Any obligation of the Government to expend funds under this Stipulation is subject to the availability of appropriations in accordance with the Anti-Deficiency Act, 31 U.S.C. § 1341. This Stipulation shall not be construed to require the Government to obligate or pay funds in contravention of the Anti-Deficiency Act.

3. This Stipulation constitutes the full and complete satisfaction of any and all claims on behalf of the ACLU arising from the FOIA request at issue in this action, including all claims for attorney's fees and costs incurred in this litigation.

4. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice and without costs or fees other than as provided in paragraph 1 of this Stipulation, provided that the Court shall retain jurisdiction over any issues that might arise relating to the enforcement of this Stipulation.

5. This Stipulation does not constitute an admission of liability or fault on the part of the Government and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

6. This Stipulation contains the entire agreement between the parties, and no

statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel that is not included herein shall have any force or effect.

7. This Stipulation may be executed in counterparts. Facsimiles of .pdf signatures shall constitute originals.

8. This Stipulation is subject to the approval of the Court. In the event that the Court declines to approve this Stipulation, it shall be null and void, with no force or effect.

Dated: New York, New York
February 27, 2019

By: _____
LINDSAY NASH
Assistant Clinical Professor of Law
Benjamin N. Cardozo School of Law
*Attorney for the ACLU*
55 Fifth Avenue, Rm. 1108
New York, New York 10003
Telephone: (212) 790-0433
Facsimile: (212) 790-0256

Dated: New York, New York
February 27, 2019

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: _____
CHRISTOPHER CONNOLLY
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2761
Facsimile: (212) 637-2786

SO ORDERED:

Dated: New York, New York
       _____, 2019

_____
THE HONORABLE ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE

2025-ICLI-00060   03552
REL0000214428