UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendant. | Case No. 25-cv-1523 (DLF) |

**EXHIBIT 1 TO DECLARATION OF JAMES M. SLATER**

| | |
|---|---|
| **From:** | James M. Slater <james@slater.legal> |
| **Sent:** | Thursday, September 18, 2025 3:25 PM |
| **To:** | Berhane, Fithawi (USADC) |
| **Cc:** | ryan.stubbs@ice.dhs.gov; Jonathan Picard |
| **Subject:** | Re: [EXTERNAL] Re: 2025-ICLI-00060 Human Rights Defense Center v. ICE, Case 1:25-cv-1523 - June 2025 Production |

Hi Isaac,

We can't agree to dismiss the case without receiving and reviewing the production first. We also would not waive our claim to entitlement to fees and costs in this case.

If you would agree to perform the searches and produce the records, it may be possible that we would not have any challenges to your search, but we cannot say for sure in a vacuum.

Let us know if further conversation makes sense. We are always open to discussing ways we can resolve matters without court intervention. Otherwise, we would have no objection to asking the court to push back the briefing schedule for a reasonable amount of time while the agency processes records for release. What time frame does the agency think is appropriate?

My best,
James

**James Slater**

Slater Legal PLLC

slater.legal


Atlanta Office/Mailing Address

2296 Henderson Mill Rd. N.E. #116

Atlanta, GA 30345

Tel. (404) 458-7283


Tallahassee Office

113 S. Monroe Street

Tallahassee, FL 32301

On Thu, Sep 18, 2025 at 2:44 PM Berhane, Fithawi (USADC) <Fithawi.Berhane@usdoj.gov> wrote:

> Hi James,
>
> After conferring with the agency, I just want to explain in greater detail what we're proposing.
>
> Item #2 of the FOIA request seeks: (1) The complaint or claim form and any amended versions; and (2) the verdict form, final judgement, settlement agreement, consent decree, or other paper that resolved the case.
>
> We don't agree that we are required to provide the final documents – which are on PACER – and then do another search for settlement agreements on top of the final documents – which, again, are on PACER – that resolved each case.
>
> However, here is what we are proposing as way for moving this case forward:
>
> 1. The agency will pull the Complaints and "the verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case" from PACER for all the cases.
> 2. The agency will conduct a search for all "settlement agreements" for those cases.
> 3. And, in exchange for doing #1 and #2, Plaintiff will agree to voluntarily dismiss the case or otherwise stipulate to dismiss it without challenging the agency's search.
>
> If you are not amenable to the proposal laid out above, however, we will extend the briefing deadlines so that the agency can do #1. After #1 is complete, we can commence summary judgment briefing.
>
> Please let me know your thoughts.
>
> Bests,
>
> Isaac

**From:** James M. Slater <james@slater.legal>
**Sent:** Thursday, September 18, 2025 1:49 PM
**To:** Berhane, Fithawi (USADC) <Fithawi.Berhane@usdoj.gov>
**Cc:** Ryan.Stubbs@ice.dhs.gov
**Subject:** Re: [EXTERNAL] Re: 2025-ICLI-00060 Human Rights Defense Center v. ICE, Case 1:25-cv-1523 - June 2025 Production

Hi Isaac,

While we disagree that you are not obligated to provide this information under FOIA, we are amenable to you producing the documents from PACER for the cases identified in the spreadsheet and conducting searches for the settlement agreements for those cases to produce those as well. To the extent the agency is not able to locate settlement agreements for a particular case, we can address that if/when the issue arises.

Given this agreement, we should inform the court. Do you think a status report asking to abate the SJ schedule in light of the agency's agreement to process our request is sufficient? Or should we file a motion to abate the schedule? Let me know your thoughts.

My best,

**James Slater**

Slater Legal PLLC

slater.legal

Atlanta Office/Mailing Address

2296 Henderson Mill Rd. N.E. #116

Atlanta, GA 30345

Tel. (404) 458-7283

Tallahassee Office

113 S. Monroe Street

Tallahassee, FL 32301

3

Virus-free.[www.avast.com](http://www.avast.com)

On Thu, Sep 18, 2025 at 12:33 PM Berhane, Fithawi (USADC) <Fithawi.Berhane@usdoj.gov> wrote:

Hi James,

I hope you're well. Since we have a filing deadline coming up, I wanted to reach out to you about this case. Perhaps we may be able to avoid unnecessary motion practice.

As an initial matter, we still think we don't really have to conduct a search and, under any reading of the subject FOIA request, it does not ask for all settlement agreements. But, to the extent that this will resolve this case, Defendant is offering to: (1) pull all final documents from PACER and produce them to Plaintiff; and (2) conduct searches for all settlement agreements for those cases and produce what is obtainable.

Please let me know if Plaintiff is amenable to this proposed arrangement.

Bests,

Isaac

**From:** James M. Slater <james@slater.legal>
**Sent:** Friday, July 25, 2025 1:56 PM
**To:** Berhane, Fithawi (USADC) <Fithawi.Berhane@usdoj.gov>
**Cc:** Stubbs, Ryan <Ryan.Stubbs@ice.dhs.gov>; ICEFOIALITIGATION <ICEFOIALITIGATION@ice.dhs.gov>; Jonathan Picard <jpicard@humanrightsdefensecenter.org>; Tiffany Hollis <thollis@humanrightsdefensecenter.org>
**Subject:** Re: [EXTERNAL] Re: 2025-ICLI-00060 Human Rights Defense Center v. ICE, Case 1:25-cv-1523 - June 2025 Production

Isaac, this is fine. I will add my signature and file.