UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

Defendant.

Civil Action No. 25-1523 (DLF)

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF ADDITIONAL
FACTS**

Pursuant to Local Civil Rule 7(h), Defendant, by and through the undersigned counsel,

hereby submits this response to Plaintiff's statement of additional facts in opposition to Plaintiff's

Cross-Motion for Summary Judgment in this Freedom of Information Act ("FOIA") case.

PLAINTIFF's ADDITIONAL FACTS

A. Plaintiff's Newsgathering Background

1.      Defendant lacks sufficient knowledge or information to form a belief about the truth

of the allegations in paragraph 1. To the extent that a response is deemed required, disputed as

irrelevant.

2.      Defendant lacks sufficient knowledge or information to form a belief about the truth

of the allegations in paragraph 2. To the extent that a response is deemed required, disputed as

irrelevant.

3.      Defendant lacks sufficient knowledge or information to form a belief about the truth

of the allegations in paragraph 3. To the extent that a response is deemed required, disputed as

irrelevant.

4.      Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations in paragraph 4. To the extent that a response is deemed required, disputed as irrelevant.

B.  <u>Plaintiff's 2024 Efforts to Obtain Settlement Agreements from Federal Agencies</u>

5.      Undisputed that the Department of Justice publishes annual data on the amounts paid by agencies for FOIA litigation. Defendant lacks sufficient knowledge or information to form a belief about the truth of the remainder of the allegations in paragraph 5. To the extent that a response is deemed required, disputed as irrelevant.

6.      Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations in paragraph 6. To the extent that a response is deemed required, disputed as irrelevant.

7.      Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations in paragraph 7. To the extent that a response is deemed required, disputed as irrelevant.

8.      Undisputed in part. Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations regarding what is "relevant" in paragraph 8. The remainder of the allegations in this paragraph are undisputed.

9.      Undisputed.

10.     Undisputed.

11.     Undisputed.

12.     Defendant disputes that it has not responded to Plaintiff's FOIA request. *See generally* Declaration of Fernando Pineiro ("Pineiro Decl.") (ECF No. 11-4).

13.     Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations in paragraph 13. To the extent that a response is deemed required, disputed as irrelevant.

14.     Disputed as irrelevant.

15.     Disputed as irrelevant.

16.     Disputed as irrelevant.

17.     Disputed as irrelevant.

C.  Defendant Fails to Comply with FOIA

18.     Undisputed.

19.     Defendant cannot respond to the allegations in paragraph 19 given that it does not make sense grammatically. To the extent that a response is deemed required, disputed as requiring a more definite statement.

20.     Undisputed.

21.     Undisputed.

22.     Undisputed.

23.     Undisputed.

24.     Undisputed.

25.     Undisputed, with the caveat that the *Vargas* matter is not a FOIA case and that the complaints for the other matters cited were provided to Plaintiff by the undersigned counsel via email on March 18, 2026.

26.     Undisputed.

27.     Undisputed.

28.     Undisputed.

29.    Disputed as irrelevant.

*ACLU Immigrant's Rights Project v. ICE*, No. 19-cv-7058

a.  Undisputed.

b.  Undisputed.

*ACLU v. DHS*, No. 15-cv-9020

c.  Undisputed.

d.  Undisputed.

*NIPNLG v. DHS*, Case No. 11-3235

e.  Undisputed.

f.  Undisputed.

*ACLU of Maine v. DHS, ICE & CBP*, No. 18-cv-182

g.  Undisputed.

h.  Undisputed.

Dated: March 18, 2026                     Respectfully submitted,

                                          JEANINE FERRIS PIRRO
                                          United States Attorney


                                          By:        /s/ Fithawi Berhane
                                                FITHAWI BERHANE
                                          Assistant United States Attorney
                                          601 D Street, NW
                                          Washington, DC 20530
                                          (202) 252-6653

                                          *Attorneys for the United States of America*

5