UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

      Plaintiff,

    v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

      Defendant.

Civil Action No. 25-1523 (DLF)

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's Cross-Motion for Summary Judgment, any responses and replies thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's Cross-Motion for Summary Judgment is DENIED; and it is further

ORDERED that Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment is GRANTED.

SO ORDERED:

_____
Dated

_____
United States District Judge